UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ESTHER DELATORRE, et al., <br><br> Defendants. | Case No: C 10-04168 SBA <br><br> **JUDGMENT** |

Pursuant to the Court's Order Adopting Report and Recommendation of Magistrate Judge,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff J & J Sports Productions, Inc., against Defendants Esther Delatorre and Jose Luis Delatorre in the amount of $1,000 for statutory damages and $5,000 for enhanced damages under 47 U.S.C. § 605(e)(3)(C), $2,200 in damages for conversion, and $2,824.98 in attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 28, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge